**STATE of Missouri, Respondent,**

v.

**Charles B. BRUCE, Appellant.**

**No. WD 34612.**

Missouri Court of Appeals,
Western District.

Jan. 31, 1984.

Bernard Passer, Passer & Hanson, Kansas City, for appellant.

John Ashcroft, Atty. Gen., and Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for receiving stolen property, in violation of § 570.080, RSMo 1978.

No jurisprudential purpose would be served by written opinion. Judgment affirmed. Rule 30.25(b).

All concur.

**STATE of Missouri, Respondent,**

v.

**J.D. WILLIAMS, Appellant.**

**No. 45228.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 31, 1984.

Thomas S. Richardson, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant appeals from his convictions, after a jury trial, of two counts of robbery first degree and one count of carrying a concealed weapon. Defendant was sentenced to twenty years' imprisonment on each of the robbery counts and five years' imprisonment on the carrying a concealed weapon count. All sentences were ordered to be served concurrently. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).